1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| DANIEL BUSTOS, | Case No.: 1:12-cv-00725-SKO |
| | |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Doc. 4) |
| | |
| Defendant. | |

10

11

12

13

14

15

16

17    Plaintiff Daniel Bustos filed a complaint on May 2, 2012, along with an application to

18  proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19  entitlement to proceed without prepayment of fees.

20    Accordingly, IT IS HEREBY ORDERED THAT:

21    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22    2.    The Clerk of Court is DIRECTED to issue a summons; and

23    3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24          and this order upon the defendant as directed by the plaintiff.

25

26  IT IS SO ORDERED.

27  **Dated:    May 4, 2012**                    _____/s/ Sheila K. Oberto_____
                                    UNITED STATES MAGISTRATE JUDGE

28