1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15

| | |
|---|---|
| DANIEL BUSTOS, ) | Case No.: 1:12-cv-00725-SKO |
| ) | |
| ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff, ) | **PROCEED IN FORMA PAUPERIS** |
| ) | |
| v. ) | |
| ) | (Doc. 4) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

16
17

Plaintiff Daniel Bustos filed a complaint on May 2, 2012, along with an application to

18  proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19  entitlement to proceed without prepayment of fees.

20

Accordingly, IT IS HEREBY ORDERED THAT:

21  1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22  2.    The Clerk of Court is DIRECTED to issue a summons; and

23  3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24  and this order upon the defendant as directed by the plaintiff.

25
26  IT IS SO ORDERED.

27  **Dated:    May 4, 2012**                      **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

28