# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HALTOM,<br><br>         Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant.<br>_____ | Case No.: 1:11-cv-01439-LJO-SMS<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE SANCTIONING ATTORNEY SENGTHIENE BOSAVANH (California Bar No. 249801)** |
| ERIN HUDLETON,<br><br>         Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant.<br>_____ | Case No.: 1:11-cv-01646-LJO-SMS |
| MARLIN FORD,<br><br>         Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant.<br>_____ | Case No.: 1:12-cv-00153-LJO-SMS |

| | | |
|---|---|---|
| 1 | MICHELLE LINGENFELTER, ) | Case No.: 1:12-cv-00047-LJO-SKO |
| 2 | ) | |
| 3 | Plaintiff, ) | |
| 4 | v. ) | |
| 5 | MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| 6 | ) | |
| 7 | Defendant. ) | |
| 8 | _____) | |

| | | |
|---|---|---|
| 10 | CINDI DEARMON, ) | Case No.: 1:12-cv-00345-AWI-SKO |
| 11 | ) | |
| 12 | Plaintiff, ) | |
| 13 | v. ) | |
| 14 | MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| 15 | ) | |
| 16 | Defendant. ) | |
| 17 | _____) | |

| | | |
|---|---|---|
| 19 | ROSALINDA RANGEL, ) | Case No.: 1:12-cv-00411-AWI-SMS |
| 20 | ) | |
| 21 | Plaintiff, ) | |
| 22 | v. ) | |
| 23 | MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| 24 | ) | |
| 25 | Defendant. ) | |
| 26 | _____) | |

| | | |
|---|---|---|
| 1 | DESIREE HODGENS, ) | Case No.: 1:12-cv-00471-LJO-SKO |
| 2 | ) ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| 6 | ) ) | |
| 7 | Defendant. ) ) | |
| 8 | _____ | |

| | | |
|---|---|---|
| 10 | DANIEL BUSTOS, ) | Case No.: 1:12-cv-00725-AWI-SKO |
| 11 | ) ) | |
| 12 | Plaintiff, ) ) | |
| 13 | v. ) ) | |
| 14 | MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| 15 | ) ) | |
| 16 | Defendant. ) ) | |
| 17 | _____) | |

On February 13, 2013, this Court entered an initial order in each of the above-captioned cases, discharging the Order to Show Cause Why the Court Should Not Sanction Attorney Sengthiene Bosavanh (California Bar No. 249801).  The Court found multiple instances of misconduct and ordered Ms. Bosavanh to incorporate various corrective measure into her practice to ensure the truthfulness of allegations in her filings and to ensure compliance with applicable rules and statues governing procedure and substance of Social Security disability appeals.  The Court was to review the status of Ms. Bosavanh's pending cases three months after

1   the return date of the order to show cause (April 29, 2013), and again six months after the return
2   date of the order to show cause (July 29, 2013).  If no further instances of mis-venue, failure of
3   service, or failure to obey a court order occurred through July 29, 2013, the order to show cause
4   was to be fully discharged.

5        The Court has reviewed the dockets of Plaintiff's active cases and finds no evidence of
6   any misconduct or misrepresentation following the return date of the Order to Show Cause.
7   Accordingly, the Order to Show Cause Against Attorney Sengthiene Bosavanh is hereby
8   DISCHARGED IN FULL.  Ms. Bosavanh is nonetheless reminded that any future instance of
9   misconduct or misrepresentation in this Court shall be grounds for further disciplinary action.

11  IT IS SO ORDERED.

12  **Dated:   August 8, 2013**                                     /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE